# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 298
:
APPOINTMENT TO THE DISCIPLINARY : DISCIPLINARY BOARD APPOINTMENT
BOARD OF PENNSYLVANIA : DOCKET

## ORDER

**PER CURIAM**

**AND NOW**, this 9th day of February, 2018, Dion G. Rassias, Esquire, Philadelphia, is hereby appointed as a member of the Disciplinary Board of Pennsylvania for a term of three years, commencing April 1, 2018.